HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VANESSA LITTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S 13-251-DAD |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND |
| | ) | ORDER TO VACATE TRIAL |
| v. | ) | CONFIRMATION HEARING AND |
| | ) | JURY TRIAL AND SET FOR |
| VANESSA LITTLE, | ) | CHANGE OF PLEA |
| | ) | |
| Defendant. | ) | Date: October 1, 2013 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the parties through their

respective counsel, Michael Stanley, Special Assistant United States

Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

attorney for VANESSA LITTLE, that the Court vacate the trial

confirmation hearing on October 8, 2013 at 10:00 a.m. and the jury

trial set for October 21, 2013 and a change of plea hearing be set for

October 1, 2013 at 10:00 a.m.

It is further stipulated that the time period from the date of

this stipulation through and including the date of the change of plea

hearing on October 1, 2013, shall be excluded under the Speedy Trial

Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code

T4 (reasonable time for defense counsel to prepare)and defense preparation and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  September 23, 2013

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    VANESSA LITTLE


Dated: September 23, 2013           BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Michael Stanley
                                    MICHAEL STANLEY
                                    Special Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the request of the parties outweighs the best interest of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 18, 2013, to and including the new October 1, 2013, change of plea hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set October 8, 2013, trial

Stipulation and Order               -2-

1   confirmation hearing and the October 21, 2013 jury trial shall be

2   vacated and a change of plea hearing is set for October 1, 2013, at

3   10:00 a.m.

4          IT IS SO ORDERED.

5   DATED: September 24, 2013.

6

7                                          _____

8                                          DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

9   dad1.crim
    little0251.stipord.set.COP
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order            -3-